# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3665

_____

Berry Allen Willis,

          Appellant,

    v.

Centennial Mortgage & Funding, Inc.;
Rider, Bennett, Egan & Arundel; Wells
Fargo Bank of Minnesota; James C.
Bernstein; Bonnie J. Polta; Daniel M.
Gallatin; Chris Lubin; Minnesota
Department of Commerce; Hennepin
County District Court; State of
Minnesota Office of Administrative
Hearings; Sharon Denise Atkinson;
RSKCO, a CNA Company of
Minnesota; Trent E. Bowman; Al
Gelschus; Apex Appraisal Services,
Inc., c/o Kathleen A. Midthum;
Forsythe Appraisal, c/o Tim Forsythe;
Holly Hollister; Kathleen A. Midthum;
Tim Forsythe; Shara Mras,

          Appellees.

\* Appeal from the United States
\* District Court for the
\* District of Minnesota.
\*
\* [UNPUBLISHED]

_____

Submitted: April 7, 2006
Filed: April 11, 2006

_____

Before ARNOLD, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Berry Allen Willis appeals the district court's[1] judgment, in part dismissing for failure to state a claim and in part granting summary judgment against him, in his action under federal civil rights provisions and state law. Having conducted de novo review of the record, see S.J. v. Kansas City Mo. Pub. Sch. Dist., 294 F.3d 1025, 1027 (8th Cir. 2002) (summary judgment); Atkinson v. Bohn, 91 F.3d 1127, 1128 (8th Cir. 1996) (per curiam) (dismissal for failure to state claim), we find the district court's analysis to be thorough and well reasoned, and we reject Willis's baseless arguments for reversal. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Willis's pending motion.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

-2-